# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00623-CR

**Jason Charles James, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
NO. 7099, HONORABLE H. R. TOWSLEE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Jason Charles James pleaded guilty to tampering with physical evidence. *See* Tex. Penal Code Ann. § 37.09 (West Supp. 2010). He also admitted the two previous felony convictions alleged for enhancement. The district court adjudged him guilty and assessed punishment at twenty-five years' imprisonment.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 744 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's

brief and was advised of his right to examine the appellate record and to file a pro se brief. *See Anders*, 386 U.S. at 744. A pro se brief has been filed.

We have reviewed the record and find no reversible error. *See Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the appeal is frivolous. The issues raised in appellant's pro se response to counsel's *Anders* brief have no arguable merit. *See Garner*, 300 S.W.3d at 767; *Bledsoe*, 178 S.W.3d at 827. Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.


_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Affirmed

Filed:   March 17, 2011

Do Not Publish

2